**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 463 EAL 2019

          Respondent                :

                                   :   Petition for Allowance of Appeal

                                   :   from the Order of the Superior Court

          v.                  :

                                   :

KEVIN FORD,                       :

                                 :

          Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.